PATRICK BLAKE, Respondent, *v.* VILLAGE OF CORN-WALL, Appellant.

*Blake v. Village of Cornwall*, 167 App. Div. 915, affirmed.

(Argued December 6, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The complaint alleged that since on or about the year 1909 the defendant has unlawfully and wrongfully by a system of drains, gutters, silt basins, storage reservoirs, etc., concentrated, collected and discharged upon premises of the plaintiff in the defendant village large and increasing quantities of surface and other waters in one body, and a mandatory injunction and damages were prayed for. The issues were met by a general denial in the answer. The court below granted the injunction but held the plaintiff estopped from recovering any damages.

*Lynn G. Goodnough* for appellant.

*Graham Witschief* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, MCLAUGHLIN and CRANE, JJ.